IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOGAN SCHWEITER, a minor, by MELISSA SCHWEITER and MARTIN SCHWEITER, parents and natural guardians,<br><br>            Plaintiffs,<br><br>    v.<br><br>TOWNSHIP OF RADNOR,<br><br>            Defendant. | NO. 16-5258 |

## ORDER

**AND NOW**, this 12th day of January, 2018, upon consideration of Defendant Township of Radnor's Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 36) and the briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiffs' Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE